UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRYSTAL MARTINEZ et al.,

    Plaintiffs,

v.

MENATAVI, INC., et al,

    Defendants.

_____/

Case No. 1:25-cv-228

HON. ROBERT J. JONKER

## ORDER TO SHOW CAUSE

The court records reveal that Plaintiffs served a summons and complaint on Defendants Mentavi, Inc., and ADHD Online, LLC, on March 13, 2025, and Defendants have failed to file a response within the time allowed in the court rules. The court records further indicate that Plaintiffs have failed to move for default against Defendants. Therefore,

**IT IS ORDERED** that within thirty (30) days of the date of this order, Plaintiffs shall either request that a default enter against Defendants Mentavi, Inc, and ADHD Online, LLC, or show cause in writing why the Court should not dismiss the case against Defendants for lack of prosecution under W.D. Mich. LCivR 41.1.

Dated:   April 11, 2025

    /s/ Robert J. Jonker
    ROBERT J. JONKER
    UNITED STATES DISTRICT JUDGE