UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRYSTAL MARTINEZ and TIFFANY PARRISH, *on behalf of themselves all others similarly situated*

    Plaintiffs,

v.

MENTAVI, INC., ADHD ONLINE LLC, and ADHD ONLINE LLC d/b/a MENTAVI HEALTH,

    Defendants.

_____/

Case No. 1:25-cv-00228

HON. ROBERT J. JONKER

## ORDER

The parties discussed the merits of Defendant's Motion to Dismiss (ECF No. 13) at the Rule 16 conference on September 12, 2025. For the reasons recited from the bench, the motion to dismiss the for the state law claims (Counts II, III, IV and V) is **DENIED.** The Court takes the motion as to the Electronic Communication Privacy Act, 18 U.S.C. § 2511(1) claim (Count I) under advisement.

    **IT IS SO ORDERED.**

Dated: September 15, 2025         /s/ Robert J. Jonker
                                            ROBERT J. JONKER
                                            UNITED STATES DISTRICT JUDGE